IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY M. DIGIACOMO, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | No. 09-2677 |

**ORDER**

AND NOW, this 16th day of April, 2010, upon careful and independent consideration of plaintiff Anthony M. DiGiacomo's request for review, the submissions of the parties, and the record, it is hereby ORDERED that:

(1) Defendant's Motion for Leave to File a Response to Plaintiff's Statement (Doc. 17) is GRANTED;

(2) The decision of the Commissioner of the Social Security Administration is AFFIRMED;

(3) Judgment is entered in favor of defendant, and against plaintiff; and

(4) The clerk shall mark this case as CLOSED.

BY THE COURT:

/s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\09-2677 DiGiacomo v. Comm'r of Soc. Sec\09-2677 DiGiacomo v. Comm'r of Soc. Sec. - Order.wpd